**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No:  24-32475-SGJ-13** |
| **SUKHMINDER SINGH BOPARAI & DEMETRICE SIMS** | **Hearing Date:  11/14/2024** |
| Debtors | |

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 11/14/2024**. Pre-hearing conferences will be held by phone and email the week of 11/14/2024.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 11/13/2024.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 11/14/2024 by Webex beginning at 2:00 P. M..

You may access the Webex Hearings at the following:
**Judge Jernigan - https://us-courts.webex.com/meet/jerniga**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtors:** | SUKHMINDER SINGH BOPARAI & DEMETRICE SIMS, , 670 ESTATES DR, COPPER CANYON, TX  75077 |
| **Attorney:** | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 24-32475-SGJ-13**
**SUKHMINDER SINGH BOPARAI & DEMETRICE SIMS**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtors: SUKHMINDER SINGH BOPARAI & DEMETRICE SIMS, 670 ESTATES DR, COPPER CANYON, TX  75077
Attorney: LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231**
Creditors: AIR FORCE FEDERAL CREDIT UNION, 1560 CABLE RANCH RD STE 200, SAN ANTONIO, TX  78245
AMERICAN HONDA FINANCE, PO BOX 168088, IRVING, TX  75016**
ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX  75201**
ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX  75208**
BALBOA CAPITAL, 2010 MAIN STREET 11TH FLOOR, IRVINE, CA  92614
BANK OF AMERICA, 4909 SAVERESE CIRCLE, TAMPA, FL  33634
CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT  84130**
CAVALRY SPV I LLC, PO BOX 27288, TEMPE, AZ  85282
CAVALRY SPV I LLC, PO BOX 4252, GREENWICH, CT  06831-2200
CITIBANK, CITICORP CREDIT SERVICES, PO BOX 790040, SAINT LOUIS, MO  63179
COMENITY BANK, BANKRUPTCY DEPARTMENT, P O BOX 182125, COLUMBUS, OH  43218-2125**
CONNS HOMEPLUS, ATTN BANKRUPTCY, 2445 TECHNOLOGY FOREST BLVD BLDG 4 STE 800, THE WOODLANDS, TX  77381-5259**
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**
CREDIT ONE BANK, 6801 S CIMARRON RD, LAS VEGAS, NV  89113
CREDIT UNION OF TEXAS, PO BOX 517028, DALLAS, TX  75251
DANA E LIPP, 5301 VILLAGE CREEK DR, STE A, PLANO, TX  75093
DATCU, PO BOX 827, DENTON, TX  76202-0827
FORTIVA, PO BOX 105555, ATLANTA, GA  30348
HAYWARD PLLC, 10501 N CENTRAL EXPWY, STE 106, DALLAS, TX  75231
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**
JH PORTFOLIO DEBT EQUITIES LLC, 5757 PHANTOM DR STE 225, HAZELWOOD, MO  63042
JMAG, PO BOX 282, HARRISBURG, IL  62946-0282
JP MORGAN CHASE BANK NA, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA  71203
JPMORGAN CHASE BANK NA, CHASE RECORD CTR CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203**
LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207-5207**
MCCREARY VESELKA BRAGG ALLEN, PO BOX 1269, ROUND ROCK, TX  78680**
MERCURY FBT, ATTN BANKRUPTCY, PO BOX 84064, COLUMBUS, GA  31908-4064
MIDLAND CREDIT MANAGEMENT, PO BOX 939069, SAN DIEGO, CA  62193-9069**
PADFIELD & STOUT, 100 THROCKMORTON ST, STE 700, FT WORTH, TX  76102
PINNACLE CREDIT SERVICES LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603
PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 12914, NORFOLK, VA  23541**
PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA  23541**
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA  98083-2489
QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA  98083-0788**
REGIONS BANK, 2050 PARKWAY OFFICE CIRCLE, HOOVER, AL  35244
SETH H KRETZER, 917 FRANKLIN ST, 6TH FLOOR, HOUSTON, TX  77002
STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX  78711**
SYNCB AMAZON, PO BOX 965015, ORLANDO, FL  32896
TARGET, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN  55440**
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX  78711-3127**
TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX  78778**
TRUIST, BB AND T, 214 N TRYON ST, CHARLOTTE, NC  28202-1078
TTCU, PO BOX 477550, TULSA, OK  74147-7505
US DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER, PO BOX 790336, SAINT LOUIS, MO  63179-0336
US DEPARTMENT OF EDUCATION, PO BOX 16448, ST PAUL, MN  55116-0448

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
**Case # 24-32475-SGJ-13**
**SUKHMINDER SINGH BOPARAI & DEMETRICE SIMS**

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 09/18/2024

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700